OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
OFFICE BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

STATE OF TEXAS
PENALTY FOR
PRIVATE USE

U.S. POSTAGE ≫ PITNEY BOWES

ZIP 78701 $ 000.27⁵
02 1W
0001401603 JUN. 03. 2015.

6/3/2015
RENO, PETER T.                    Tr. Ct. No. 1325063-A                    WR-83,321-01
This Court is in receipt of applicant's "MOTION TO WITHDRAW APPLICATION
FOR WRIT OF HABEAS CORPUS". This motion has been granted.

Abel Acosta, Clerk

PETER T. RENO

MEBN3B 77002